# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Petrik, Paul A. | § | Case No. 10-51621 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:30 a.m.
> on  July 24, 2012
> in Courtroom 642, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner
                                             Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                        §
                              §
Petrik, Paul A.               §   Case No. 10-51621
                              §
         Debtor(s)            §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 13.44 |
| leaving a balance on hand of[1] | $ | 16,986.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 2,561.50 | $ 0.00 | $ 2,561.50 |
| Other: International Sureties | $ 13.44 | $ 13.44 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,011.50 |
| Remaining Balance | | $ | 11,975.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,032,090.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Puritan Finance Corporation | $ 2,097,090.39 | $ 0.00 | $ 6,228.23 |
| 000001B | Puritan Finance Corporation | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Sofie Wolny | $ 1,060,000.00 | $ 0.00 | $ 3,148.13 |
| 000003 | First DuPage Bank | $ 875,000.00 | $ 0.00 | $ 2,598.70 |

Total to be paid to timely general unsecured creditors      $ 11,975.06

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/ Joseph A. Baldi
                 Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-51621-TAB
Paul A. Petrik  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 2     Date Rcvd: Jun 22, 2012
                      Form ID: pdf006     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2012.

```
db             +Paul A. Petrik,    307 Cass Street,    Lemont, Il 60439-4066
16443753        Curtis Street LLC Main Investo,    315 North Euclid Avenue,    1111 W. 22nd Street,
                 Oak Park, IL   60302
16443746       +First DuPage Bank,    Jonathan P. Friedland,    Levenfeld Pearlstein, LLC,
                 2 N. LaSalle St., Ste 1300,    Chicago, IL 60602-3709
16443747       +First DuPage Bank,    520 North Cass Avenue,    Westmont, IL 60559-1595
16443748       +Fred R. Harbecke,    29 South LaSalle Street,    Suite 945,   Chicago, IL 60603-1526
16443749       +GMAC Mortgage,    PO BOX 79135,    Phoenix, AZ 85062-9135
16443750       +Jennifer Sommerio-Bodoh,    5404 Cumnor Road,    Downers Grove, IL 60515-5311
16443751        John Broussard,    2021 Midwest Road,    Suite 200,   Oak Park, IL   60302
16443752       +Mark Glazer,    740 Waukegan Road,    Suite 360,   Deerfield, IL 60015-4472
16443754       +Puritan Finance Corp.,    55 West Monroe Street,    Chicago, IL 60603-5001
16762242       +Puritan Finance Corporation,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
                 Chicago, IL 60603-1526
16443755        Serenity investments,    315 Euclid Avenue,    Oak Park, IL   60302
16443756       +Sofie Wolny,    c/o Vincent C. Mancini, Esq.,    901 Warrenville Road, Ste. 175,
                 Lisle, IL 60532-4379
16443757       +Thomas W. Drexler,    77 West Washington Street,    Suite 1910,   Chicago, IL 60602-3176
16443758       +Village of Lombard,    c/o Klein, Thorpe, Jenkins Ltd,    20 North Wacker Drive #1660,
                 Chicago, IL 60606-2903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Baldi Berg & Wallace Ltd
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 24, 2012**                                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2012 at the address(es) listed below:
         Frank J Kokoszka    on behalf of Debtor Paul Petrik fkokoszka@k-jlaw.com, fkokoszka@gmail.com;admin@k-jlaw.com
         Fred R Harbecke    on behalf of Creditor  Puritan Finance Corporation fredrharbecke@sbcglobal.net
         Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
         Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com, jabaldi@ameritech.net;jmanola@baldiberg.com
         Patrick J. Williams    on behalf of Creditor Sofie Wolny pwilliams@eklwilliams.com, troman@eklwilliams.com;ddyonkee@eklwilliams.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                     TOTAL: 6