UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Petrik, Paul A. § Case No. 10-51621
§
§
         Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 GMAC Mortgage PO BOX 79135 Phoenix AZ 85062 | | | | | |
| | Creditor # : 2 Puritan Finance Corp. 55 West Monroe Street Chicago IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Puritan Finance Corp. | | | | | |
| | Representing: Puritan Finance Corp. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 First DuPage Bank c/o Levenfeld Pearlstein, LLC 400 Skokie Blvd. Suite 700 Northbrook IL 60062 | | | | | |
| | Creditor # :3 Jennifer Sommerio-Bodoh 5404 Cumnor Road Downers Grove IL 60515-0 | | | | | |
| | Creditor # :4 Mark Glazer 740 Waukegan Road Suite 300 Deerfield IL 60015 | | | | | |
| | Creditor # :5 Curtis Street LLC Main Investo 315 North Euclid Avenue 1111 W. 22nd Street Oak Park IL 60302 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 5)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :6 Serenity investments 315 Euclid Avenue Oak Park IL 60302 | | | | | |
| | Creditor # :8 Village of Lombard c/o Klein, Thorpe, Jenkins Ltd 20 North Wacker Drive #1660 Chicago IL 60606 | | | | | |
| | Representing: Jennifer Sommerio-Bodoh | | | | | |
| | Representing: Mark Glazer | | | | | |
| | Representing: Mark Glazer | | | | | |
| 000003 | FIRST DUPAGE BANK | | | | | |
| 000001A | PURITAN FINANCE CORPORATION | | | | | |
| 000001B | PURITAN FINANCE CORPORATION | | | | | |
| 000002 | SOFIE WOLNY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1 - PAUL A. PETRIK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-51621 | TAD | Judge: Timothy A. Barnes | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Petrik, Paul A. | | | | Date Filed (f) or Converted (c): | 11/18/10 (f) |
| | | | | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: | 09/14/12 | | | | Claims Bar Date: | 05/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refunds | 2,500.00 | 12,950.00 | | 8,900.00 | FA |
| Settled for turnover of tax refund per order 3/14/12 | | | | | |
| 2. Real Property | 289,000.00 | 0.00 | | 0.00 | FA |
| Owned by Debtor and nonfiling spouse in tenancy by entireties | | | | | |
| 3. checking account for (business) home realty | 400.00 | 0.00 | | 0.00 | FA |
| 4. Checking account MB Financial | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Joint Checking Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Books and Art Objects | 100.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry - costume | 100.00 | 0.00 | | 0.00 | FA |
| 10. United Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension Plan (403b) | 75,000.00 | 0.00 | | 0.00 | FA |
| 12. Retirement Fund | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. Teachers' Retirement System | 0.00 | 0.00 | | 0.00 | FA |
| 14. 50% ownership of Curtiss Street Development | 0.00 | 0.00 | | 0.00 | FA |
| 15. 50% of GAP Development, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16. 100% of Home Room Reality, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 17. Broker's Licence | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2008 Dodge Caravan 34,000 miles | 10,000.00 | 4,050.00 | | 8,100.00 | FA |
| Trustee settled with Debtor for equity in vehicle per order 3/14/12 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $387,100.00 | $17,000.00 | | $17,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

LFORM1

Ver: 16.06f

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1 - PAUL A. PETRIK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-51621   TAD   Judge: Timothy A. Barnes | Trustee Name:  Joseph A. Baldi, Trustee |
| Case Name: | Petrik, Paul A. | Date Filed (f) or Converted (c):  11/18/10 (f) |
| | | 341(a) Meeting Date:  01/05/11 |
| | | Claims Bar Date:  05/26/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtor for turnover of estate's interest in tax refund and equity in vehicle (money received and

held in Estate bank account); Trustee filed motion to approve compromise and sale back to Debtor for equity in vehicle;

Court approved settlement and sale pursuant to order dated 3/14/12; Trustee contacted secured creditor to resolve

Trustee's objection to secured claim

Initial Projected Date of Final Report (TFR): 09/01/12     Current Projected Date of Final Report (TFR): 09/01/12

/s/     Joseph A. Baldi, Trustee
_____   Date: 09/14/12
     JOSEPH A. BALDI, TRUSTEE

FORM 2 PAUL A. PETRIK

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-51621 -TAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Petrik, Paul A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5379 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8527 | | |
| For Period Ending: | 09/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/24/12 | 1, 18 | FRANK KOKOSZKA<br>Kokoszka & Janczur, P.C.<br>318 W Adams Street<br>Chicago, IL 60606 | TAX REFUND AND EQUITY IN VEHICLE | 1129-000 | 17,000.00 | | 17,000.00 |
| C  02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 13.44 | 16,986.56 |
| 07/26/12 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 2,450.00 | 14,536.56 |
| 07/26/12 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,561.50 | 11,975.06 |
| 07/26/12 | 001004 | Puritan Finance Corporation<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Claim 000001A, Payment 0.29699% | 7100-000 | | 6,228.23 | 5,746.83 |
| 07/26/12 | 001005 | Sofie Wolny<br>c/o Vincent C. Mancini, Esq.<br>901 Warrenville Road, Ste. 175 | Claim 000002, Payment 0.29699% | 7100-000 | | 3,148.13 | 2,598.70 |

Page Subtotals      17,000.00      14,401.30

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2 - PAUL A. PETRIK**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-51621 -TAD | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Petrik, Paul A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5379 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8527 | | | |
| For Period Ending: | 09/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lisle, IL 60532 | | | | | |
| 07/26/12 | 001006 | First DuPage Bank<br>Jonathan P. Friedland<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle St., Ste 1300<br>Chicago, IL 60602 | Claim 000003, Payment 0.29699% | 7100-000 | | 2,598.70 | 0.00 |

```
                                    COLUMN TOTALS                17,000.00        17,000.00          0.00
                              Less: Bank Transfers/CD's               0.00             0.00
                                    Subtotal                      17,000.00        17,000.00
                              Less: Payments to Debtors                                 0.00
                                    Net                           17,000.00        17,000.00

                                                                                      NET         ACCOUNT
                                    TOTAL - ALL ACCOUNTS       NET DEPOSITS     DISBURSEMENTS      BALANCE
                     Checking Account (Non-Interest Earn - *******5379)   17,000.00        17,000.00          0.00
                                                               ------------------  ------------------  ------------------
                                                                  17,000.00        17,000.00          0.00
                                                               ==============  ==============  ==============
                                                               (Excludes Account  (Excludes Payments  Total Funds
                                                                  Transfers)         To Debtors)      On Hand
```

Page Subtotals             0.00         2,598.70

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*